IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 09-cv-00534-MSK-CBS

VIESTI ASSOCIATES, INC.,

    Plaintiff,

v.

MORRIS COMMUNICATIONS COMPANY, LLC,

    Defendant.

# MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

**ORDERED:** The Unopposed Motion for Leave to File Plaintiff's Second Amended Complaint (doc #12, filed 4/30/2009) is **GRANTED**.  Plaintiff's Second Amended Complaint is deemed filed as of today's date.

**DATED:** May 6, 2009